1464

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2007–2376. State ex rel. Tracy v. Indus. Comm.**
Franklin App. No. 07AP–88, 2007-Ohio-5792.